# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | CURTIS KEITH & KENDALL EASTON KIMBALL |
| **Case Number:** | 2:09-bk-18264-CGC   **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, JUNE 15, 2010 11:00 AM   6TH FLOOR #601 |
| **Bankruptcy Judge:** | CHARLES G. CASE II |
| **Courtroom Clerk:** | RHONDA VAUGHAN |
| **Reporter / ECR:** | KAYLA MORGAN |

## *Matter:*

INITIAL HEARING ON CONFIRMATION OF PLAN

R / M #:   41 / 0

## *Appearances:*

NASSER U. ABUJBARAH, ATTORNEY FOR CURTIS KEITH KIMBALL, KENDALL EASTON KIMBALL
LEONARD MCDONALD, ATTORNEY FOR WELLS FARGO
JESSICA KENNEY, ATTORNEY FOR AURORA LOAN SERVICES
RICHARD CUELLAR, ATTORNEY FOR UST

## *Proceedings:*

Mr. Abujbarah advises he filed a ballot report and a settlement was reached with the IRS and the stipulation with Ms. Kenney's client is subject to their approval.  Mr. Abujbarah advises debtors' will surrender the property back to Wells Fargo.  He discusses the new law that took effect in Sedona regarding rental properties and Debtors will make a decision whether to convert to Chapter 7 or go forward with confirmation within 15 - 20 days.

Mr. McDonald advises his client will not agree to cram down.

COURT:  IT IS ORDERED DEBTOR SHALL HAVE 21 DAYS TO FILE AN A NOTICE OF CONVERSION OR TO SUBMIT A STIPULATED ORDER CONFIRMING THE PLAN WITH THE APPROPRIATE NUMBERS AND TO FILE A PROPER BALLOT REPORT.  IN THE EVENT NEITHER OF THESE HAPPEN WITHIN THE 21 DAYS THE UNITED STATES TRUSTEE CAN SUBMIT AN ORDER DISMISSING THE CASE,