**Nasser U. Abujbarah (026182)**
The Law Offices of Nasser U. Abujbarah
7025 E. McDowell Road, Ste. 9
Scottsdale, Arizona 85257
Office: (480) 776-6846
Fax: (480) 776-6847
Email: Nasser@nualegal.com
*Attorney for Debtors*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Curtis Keith Kimball and Kendall Easton Kimball,<br><br>    Debtors. | In Proceedings Under<br><br>Chapter 11<br><br>Case No.: 2:09-bk-18264-CGC<br><br>**ORDER CONFIRMING CHAPTER 11 PLAN** |

    The Plan of Reorganization under Chapter 11 of the Bankruptcy Code filed by Debtors Curtis and Kendall Kimball dated April 28, 2010, having been transmitted to creditors and equity security holders;

    The Debtors' Plan of Reorganization shall be amended as follows to resolve any outstanding as follows:

    With respect to the **Allowed Tax Claims**, the Internal Revenue Service shall be paid the tax debt owing in equal monthly payments over sixty (60) months. All penalties and interest accumulated shall be treated in accordance with Class 3.

    With respect to **Class 2-C**, secured creditor Wells Fargo shall be paid $144,000.00 over thirty (30) years at 5.25% interest on the property located at 2939 W. Wayne Lane, Anthem, Arizona.

    With respect to **Class 2-D**, secured creditor Aurora Loan Services shall be paid nothing ($0) under this Plan as the property securing it has been surrendered.

1

With respect to **Class 2-E**, secured creditor Wells Fargo shall be paid nothing ($0) under this Plan as the property securing it has been surrendered.

With respect to **Class 2-F**, secured creditor Wells Fargo shall be paid $2,814.00 over three (3) years at 5.00% interest regarding the 2001 Toyota Sequoia.

With respect to **Class 2-G**, secured creditor Wells Fargo shall be paid nothing ($0) under this Plan as it's junior lien has been avoided.

With respect to **Class 2-H**, secured creditor Wells Fargo shall be paid nothing ($0) under this Plan as it's junior lien has been avoided.

With respect to **Class 2-I**, secured creditor Wells Fargo shall be paid nothing ($0) under this Plan as the property securing it has been surrendered.

With respect to **Class 2-J**, secured creditor Wells Fargo shall be paid $2,594.00 over three years at 5.00% interest regarding the 2003 Honda Element.

With respect to **Class 3**, creditors who hold unsecured claims shall be paid a pro rata share of Debtors' disposable income analysis in the amount of $2,992.00.

It having been determined after hearing on notice that the requirements for confirmation set forth in 11 USC § 1129(a) have been satisfied;

**IT IS ORDERED** that:

The Plan filed by Debtors Curtis and Kendall Kimball on April 28, 2010 and modified herein is confirmed.

SIGNED AND DATED ABOVE